IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HENRY MARION and ERNEST WEBSTER,**  )<br>)<br>)<br>)<br>Plaintiffs,   )<br>)<br>vs.    )<br>)<br>**WERNER ENTERPRISES, INC. and**  )<br>**DRIVER'S MANAGEMENT LLC,**   )<br>)<br>Defendants.   ) | 8:08CV466<br><br><br>ORDER |

This matter comes before the court *sua sponte*. On November 2, 2009, the court denied the plaintiffs' motion for class certification (Filing No. 34). Subsequently, the plaintiffs sought permission from the United States Court of Appeal for the Eighth Circuit to appeal the decision denying class certification pursuant to Fed. R. Civ. P. 23(f). Upon consideration,

**IT IS ORDERED:**

Counsel for the plaintiff shall contact the chambers of the undersigned magistrate judge **within ten days after resolution of the request to appeal** to schedule a telephone planning conference.

DATED this 4th day of December, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge