## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HENRY MARION, Individually and on Behalf of All Others Similarly Situated, as Class Representative,** | ) ) ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 8:08CV466-JFB-TDT** |
| | ) | |
| **WERNER ENTERPRISES, INC. and DRIVER'S MANAGEMENT LLC,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

Upon the joint stipulation of plaintiffs Henry Marion and Ernest Webster and defendants Werner Enterprises, Inc. and Driver's Management LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A), this case is hereby dismissed with prejudice with all parties to bear their own costs and attorneys' fees.

BY THE COURT:

Date:   March 10, 2010

**s/ Joseph F. Bataillon**
Chief District Judge

2621309.01